UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,        :        09 Cr. 279 (LAP)
                                 :
                                 :        ORDER
            v.                   :
                                 :
VINCENT RIGGI,              :
                                 :
                Defendant.       :
-------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:

        Mr. Riggi's request for early termination of

supervised release is denied.


SO ORDERED.

Dated:    New York, New York

          February 10, 2016


_____
LORETTA A. PRESKA
Chief U.S. District Judge