

**Myers & Galiardo, LLP**  *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2020

Tel: 212-986-5900
Fax: 212-986-6250

## MEMO ENDORSED

**BY ECF**  January 23, 2020

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY, 10007

### US v. Riggi 9 Cr 279 (ER)

Your Honor:

    The Defendant has previously applied to this Court for permission to take individual trips to visit his ailing mother in Italy who has serious health issues in her final years. The Court was gracious enough to grant permission to travel on several occasions.

    Mr. Riggi is doing very well with all of his post release obligations and continues to be gainfully employed. This July Mr. Riggi will finally be finished with post release supervision.

    He has asked me to apply to this Court for travel permission to Italy from February 26, 2020 through March 8, 2020. His Post Release Supervision Officer Erica Cudina consents and has no objection to the request.

Respectfully,
/s/ Matthew D. Myers
Matthew D. Myers
Attorney for Vincent Riggi

SO ORDERED,

_____
Edgardo Ramos, U.S.D.J
Dated: 2/25/2020
New York, New York